U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2021 JAN 28 AM 9: 43

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. |
| ) | 2:21-cv-19 |
| v. ) | |
| MARVIN R. KENDALL, ) | |
| Defendant. ) | |

## COMPLAINT

The United States of America, at the direction of a delegate of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, brings this civil action to reduce to judgment unpaid federal tax liabilities owed by Marvin R. Kendall. For its complaint, the United States respectfully alleges as follows:

### JURISDICTION AND PARTIES

1.  The district court has jurisdiction pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 1331, 1340, and 1345.

2.  The defendant, Marvin R. Kendall, resides in Caledonia County, Vermont, within the jurisdiction of this Court.

### CLAIM AGAINST MARVIN R. KENDALL TO REDUCE
### LIABILITIES TO JUDGMENT

3.  A delegate of the Secretary of the Treasury made assessments against Marvin R. Kendall for income taxes for the periods, on the dates, and in the amounts described below. These liabilities have balances due as of January 1, 2021, including assessed and accrued late-filing and late-payment additions to tax under 26 U.S.C. § 6651 or additions to tax for failure to

make estimated tax payments under 26 U.S.C. § 6654, costs, and statutory interest, and after applying any abatements, payments, and credits, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 1/1/2021 |
|---|---|---|---|---|
| 12/31/2007 | 2/14/2011 | Tax | $28,882.72 | $56,135.89 |
| 12/31/2008 | 2/07/2011 | Tax | $31,631.83 | $35,119.89 |
| 12/31/2009 | 2/14/2011 | Tax | $26,108.25 | $28,389.35 |
| 12/31/2014 | 1/09/2017 | Tax | $38,698.00 | $22,262.33 |
| **Total** | | | | **$141,907.46** |

4.       Notice of the liabilities described in paragraph 3 was given to, and payment demanded from, Marvin R. Kendall.

5.       Despite proper notice and demand, Marvin R. Kendall failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, he remains liable to the United States in the amount of $141,907.46, plus statutory additions and interest accruing from and after January 1, 2021.

WHEREFORE, the plaintiff United States of America requests the following relief:

A.       Judgment against the defendant Marvin R. Kendall for income tax liabilities for the periods ending December 31, 2007, December 31, 2008, December 31, 2009, and December 31, 2014, in the amount of $141,907.46, plus statutory additions and interest accruing from and after January 1, 2021, including interest pursuant to 26 U.S.C §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c); and

B.       The United States of America shall recover its costs and be awarded such other and further relief as the Court determines is just and proper.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Noah D. Glover-Ettrich*

NOAH D. GLOVER-ETTRICH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055
(202) 514-9838 (v)
(202) 514-5238 (f)
Noah.D.Glover-Ettrich@usdoj.gov